# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| K'IN WAY XI | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:22-CV-1977-S-BK |
| | § | |
| EXPERIAN | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 7. No objections were filed. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED January 6, 2023.

_____
**UNITED STATES DISTRICT JUDGE**